UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SILAS JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  Case No.:  2:19-cv-00683-ACA-JHE |
| | ) |
| **WARDEN GORDY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **MEMORANDUM OPINION**

The magistrate judge filed a report on October 2, 2020, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).  (Doc. 6).  Although the magistrate judge advised Plaintiff Silas Jackson of his right to file specific written objections within fourteen days, Mr. Jackson filed no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation.

The court will enter a final judgment consistent with this opinion.

**DONE** and **ORDERED** this November 20, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE